UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR SALAZAR, PAOLO GARCIA, and
VICENTE JUAREZ,

                    Plaintiffs,

– against –

ABC CORP., *doing business as* LUIGI'S PIZZA, and
ISAAC DOE,

                    Defendants.

**ORDER**

22-cv-8277 (ER)

Ramos, D.J.:

    Plaintiffs filed this Fair Labor Standards Act case on September 28, 2022. Doc. 1. Electronic summons issued on September 30, 2022, Docs. 8, 9, and the plaintiffs subsequently filed an amended complaint on October 10, 2022, Doc. 10. Since then, there has been no activity in the case.

    Plaintiffs are instructed to submit a status letter by no later than Friday, July 14, 2023. Failure to do so may result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). Additionally, the plaintiffs are reminded that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m) (emphasis added).

    It is SO ORDERED.

Dated:  July 7, 2023
           New York, New York

                                                                 EDGARDO RAMOS, U.S.D.J.