UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR SALAZAR, PAOLO GARCIA, and
VICENTE JUAREZ,

                Plaintiffs,

– against –

ABC CORP., *doing business as* Luigi's Pizza, et al.,

                Defendants.

**ORDER**

22-cv-8277 (ER)

Ramos, D.J.:

    Plaintiffs filed this Fair Labor Standards Act case on September 28, 2022. Doc. 1. Electronic summons issued on September 30, 2022, Docs. 8, 9, and the plaintiffs subsequently filed an amended complaint on October 10, 2022, Doc. 10. Since then, there has been no activity in the case. Accordingly, on July 7, 2023, the Court instructed plaintiffs to file a status letter by July 14, 2023. No such letter was filed.

    Plaintiffs are directed to file a status letter by no later than Friday, August 18, 2023. Failure to do so will result in a dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated:    August 10, 2023
             New York, New York

                                              EDGARDO RAMOS, U.S.D.J.